IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr204 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 45 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 45 from the record. The party is directed to re-file the document.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge