IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | |
| | ) | |
| Defendant. | ) | |

    I am in receipt of the defendant's motion for continuance and resumption of sentencing hearing (filing 60). I have also reviewed the defendant's affidavit. (Filing 61.) These filings were submitted in response to my memorandum and order inviting the defendant's views on the question of a continuance. (Filing 59.) For the reasons expressed in my earlier opinion (filing 59), and based upon the defendant's motion and affidavit,

    IT IS ORDERED that:

    1. The defendant's motion (filing 60) is granted. Sentencing on this matter is continued until Friday, November 17, 2006, at 12:00 noon, in the <u>Special Proceedings Courtroom in Omaha, Nebraska</u>.

    2. By Wednesday, November 1, 2006, Mike Norton, Supervising United States Probation Officer, shall submit an update to the presentence report in the form of a letter to the undersigned with copies to counsel: (a) detailing the defendant's progress since commencing state work release on October 27, 2003 until the date of the report; (b) providing Mr. Norton's views about the propriety of a departure for extraordinary post-offense rehabilitation; and (c) if Mr. Norton believes a departure for post-offense

rehabilitation is appropriate and warranted, stating Mr. Norton's views on the proper extent of such a departure.[1]

3. The parties shall submit briefs on Thursday, November 9, 2006 setting forth their views on the proper sentence, and particularly the propriety of a departure for extraordinary post-offense rehabilitation.

4. My chambers will provide Mr. Norton with a copy of this memorandum and order.

September 20, 2005.        BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge

---

[1] When stating his views on a departure for extraordinary post-offense rehabilitation, Mr. Norton may assume that, prior to any such departure, I will (1) depart to criminal history category V, (2) depart by crediting the defendant with 35 months in state custody, and (3) award the defendant 3 points for acceptance of responsibility. Thus, the Guideline prison range *prior* to a departure for extraordinary post-offense rehabilitation is 65 months at the low end and 90 months at the high end. (Total offense level 25, Criminal History Category V=between 100 and 125 months in prison less 35 months credit=between 65 months and 90 months in prison.)