IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | |
| | ) | |
| Defendant. | ) | |

   The court has considered the government's motion for reconsideration and related objection to the continuance of sentencing. While I apologize to the government for ruling on the defendant's motion before awaiting the expiration of the rule time, I remain convinced that the long continuance that I granted is legally authorized and appropriate. And that conclusion is true notwithstanding my careful examination of the government's brief. Accordingly,

   IT IS ORDERED that the government's motion for reconsideration and objection to the defendant's motion to continue sentencing (filing 63) is granted to the extent that I have reconsidered the decision granting the continuance, but is otherwise denied. The previous order granting the continuance shall stand.

   September 26, 2005.                    BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge