IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that sentencing in this matter is scheduled on Friday, November 17, 2006, at 12:00 noon, <u>in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska</u>.

January 17, 2006.                         BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge