IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | |
| | ) | |
| Defendant. | ) | |

To accommodate a scheduling problem for the government, and at its request, and without objection by defense counsel,

IT IS ORDERED that the sentencing in this case is continued until Wednesday, December 27, 2006, at 12:00 noon for one hour. The prior briefing schedule remains the same.

November 3, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge