IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR204 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY DEAN GOCHENOUR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for stay of sentencing proceedings (filing 68) is denied.

November 13, 2006.    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge