IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR204 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM |
| | ) | AND ORDER |
| GARY DEAN GOCHENOUR, | ) | |
| | ) | |
| Defendant. | ) | |

The Court is in receipt of the third revised presentence investigation report. Copies have been provided to counsel. The third revised report was necessitated by the defendant's failure to appear for sentencing.   Therefore,

IT IS ORDERED that the parties shall have until the close of business on Monday, January 22, 2007, to file in the court file any objections to the third revised presentence report.   Tentative findings will be issued on Friday, January 26, 2007. All previous tentative findings and related orders are vacated.   The parties are reminded that sentencing is scheduled for Friday, February 2, 2007, at 12:30 p.m. and one hour has been set aside for that hearing.

January 10, 2007.         BY THE COURT:

                *s/ Richard G. Kopf*
                United States District Judge