IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:04CR204 |
|---|---|
| Plaintiff, | |
| vs. | RELEASE ORDER |
| GARY DEAN GOCHENOUR, | |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for August 10, 2017 at 12:30 p.m. before Judge Kopf.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

May 16, 2017.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge