IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GARY DEAN GOCHENOUR,<br><br>                Defendant. | **8:04CR204**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 126), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   The defendant shall be released to reside at CenterPointe/Campus for Hope and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the CenterPointe/Campus for Hope facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, he shall immediately report to law enforcement or to his supervising officer. Irrespective of whether Defendant self-reports to law enforcement, if the defendant is discharged from the facility, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at CenterPointe/Campus for Hope by 1:00 p.m. on August 1, 2017. Defense counsel shall communicate with the Marshal to arrange for Defendant's timely release to the Federal Public Defenders Office for transport to CenterPointe/Campus for Hope.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

July 25, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge